# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>**DOCK D. BOYD** | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense)-- Short Form<br>CASE NUMBER: 3:08mj261/EMT<br><br>Waived<br>Defendant's Attorney |

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| **Title & Section** | **Nature of Offense** | **Date Concluded** | **Count Number(s)** |
|---|---|---|---|
| F.S.S. § 877.03<br>and 18 U.S.C. §§ 7 & 13 | Breach of Peace or Disorderly Conduct | 6/16/08 | One |

### CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. (The fine/SMA has been paid.)

| **Assessment** | **Fine** | **Restitution** |
|---|---|---|
| $ 10.00 | $ 250.00 | $ 0.00 |

Date of Imposition of Sentence - 8/20/08

*Elizabeth M. Timothy* (signature)
Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: 8-20-08